744

Q. Clark MORSE, Appellant, v. NORMAN-
DIE GOLF CLUB, a Corporation.

No. 13650.

Circuit Court of Appeals, Eighth Circuit.

March 4, 1948.

Gregg William Keegan, of St. Louis, Mo., for appellant.

William H. Allen, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution, on motion of appellee.

Ruth P. MACK and Lucy P. Elias, Execu-
trices of Estate of Clara B. Prince, De-
ceased (Samuel F. SLAFF, Kay Holding
Co., H. Jerome Sisselman, Ernest Kurzrok,
Adam Frank, Interveners, v. PASSAIC
NATIONAL BANK & TRUST CO. (Ernest
KURZROK, Intervener, Appellant).

No. 9544.

Circuit Court of Appeals, Third Circuit.
Argued March 4, 1948.
Decided April 5, 1948.

Ernest Kurzrok, of Passaic, N. J., pro se.

Isadore Glauberman, of Jersey City, N. J., for appellees (plaintiffs).

Samuel Kaufman, of Newark, N. J. (Kessler & Kessler, Samuel I. Kessler, and Bilder, Bilder & Kaufman, all of Newark, N. J., on the brief), for appellees (intervenors).

Before BIGGS, MARIS, and GOOD-
RICH, Circuit Judges.

PER CURIAM.

The appeal must be dismissed. The order appealed from is not a final one nor is it an interlocutory decree of the class from which an appeal will lie. See 28 U.S.C.A. § 227. An order will be entered accordingly.

NEW YORK UNDERWRITERS INSUR-
ANCE COMPANY, Appellant, v. UNITED
STATES of America, Elizabeth Hart
Scott, and Harriet Ann Scott, Appellees.

No. 11744.

Circuit Court of Appeals, Ninth Circuit.

April 8, 1948.

Long & Levit, of Los Angeles, Cal., Percy V. Long and Bert W. Levit, both of San Francisco, Cal., and William H. Levit, of Los Angeles, Cal., for appellant.

James M. Carter, U. S. Atty., Ronald Walker and Reuben Rosenweig, Asst. U. S. Attys., all of Los Angeles, Cal., for appellee U. S. A.

Before GARRECHT, MATHEWS, and ORR, Circuit Judges.

PER CURIAM.

On authority of Employers' Fire Insurance Company et al., appellants, v. United States of America et al., Appellees, 167 F. 2d 655, the order denying motion of appellant for leave to intervene is reversed.